

FILED

4-29-09

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KENNELLY**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **No.09 CR 414** |
| v. | ) |
| | ) Violations: Title 18, United States Code |
| FRED KING, | ) Sections 371, 2113(a), and 2 |
| also known as "Spank," | ) |
| and STEVE AUSTIN | ) |

**MAGISTRATE JUDGE COX**

### COUNT ONE

The SPECIAL SEPTEMBER 2008 GRAND JURY charges:

1. At all times material to this Indictment, First Bank and Trust located at 741 Main Street, Evanston, Illinois ("First Bank and Trust") was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. Beginning no later than May 6, 2008 continuing until on or about May 8, 2008, at Evanston, in the Northern District of Illinois, Eastern Division, and elsewhere,

FRED KING, also known as "Spank,"
and STEVE AUSTIN,

defendants herein, conspired with each other and others known and unknown to the grand jury, to take, by force and violence, and by intimidation, from the person and presence of a bank employee at First Bank and Trust, money and property belonging to and in the care, custody, control, management, and possession of First Bank and Trust, in violation of Title 18, United States Code, Sections 2113(a).

3. It was part of the conspiracy that FRED KING, STEVE AUSTIN and Individual A met and planned the manner in which they would rob the First Bank and Trust.

4. It was further part of the conspiracy that FRED KING, STEVE AUSTIN and

Individual A agreed to and did enter the First Bank and Trust to rob it.

5.     It was further part of the conspiracy that FRED KING and STEVE AUSTIN agreed to and did attempt to conceal and hide the existence, purpose, and acts done in furtherance of the conspiracy.

<u>OVERT ACTS</u>

6.     In furtherance of, and to effect the objects of the conspiracy, defendants committed and caused to be committed the following over acts, among others, in the Northern District of Illinois, Eastern Division:

a.     On or about May 6, 2008, FRED KING and STEVE AUSTIN entered the First Bank and Trust with the intent to rob it.

b.     On or about May 8, 2008, FRED KING drove from Chicago, Illinois to the First Bank and Trust in Evanston, Illinois with STEVE AUSTIN and Individual A as passengers in the car.

c.     On or about May 8, 2008, FRED KING wrote out a demand note to be given to a First Bank and Trust teller, which stated, "This is a stick up Don't move $100.00 and $50.00 or die. No ink bags."

d.     On or about May 8, 2008, FRED KING entered the First Bank and Trust.

e.     On or about May 8, 2008, STEVE AUSTIN and Individual A entered the First Bank and Trust and presented a demand note to a bank teller, taking approximately $7,238 from a bank teller.

f.     On or about May 8, 2008, FRED KING drove away from the area of First Bank and Trust with STEVE AUSTIN and Individual A.

2

g.  On or about May 8, 2008, FRED KING, STEVE AUSTIN, and Individual A divided the proceeds of the robbery of First Bank and Trust.

In violation of Title 18, United States Code, Sections 371 and 2.

<u>COUNT TWO</u>

The SPECIAL SEPTEMBER 2008 GRAND JURY further charges:

On or about May 8, 2008, at Evanston, in the Northern District of Illinois, Eastern

Division,

FRED KING, also known as "Spank,"
and STEVE AUSTIN,

defendants herein, by force and violence, and by intimidation, did take from the person and presence

of a bank employee approximately $7,238 in United States currency belonging to and in the care,

custody, control, management, and possession of First Bank and Trust, 741 Main Street, Evanston,

Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY

4