FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  07/09/2008

███████████, date of birth ██████████, 1991, telephone number █████████████, home address of █████████████████, Chicago, Illinois was interviewed at COOK COUNTY JAIL, in Chicago, Illinois. After being advised as to the identities of the interviewing agents and the nature of the interview, ████ was verbally provided Miranda Rights via Federal Bureau of Investigation ("FBI") form FD-395 and was asked by the interviewing agents if she wished to voluntarily sign the FD-395 form, waive her Miranda Rights and talk with the interviewing agents. Interviewing agents advised ████ that they could not discuss her current state charges and were interviewing her regarding a bank robbery that had occurred at the FIRST BANK AND TRUST located at 741 Main Street in Evanston, Illinois on May 8, 2008. ████ voluntarily agreed to waive her Miranda Rights, signed the FD-395 and provided the following information:

████ participated in a bank robbery with STEVE AUSTIN and FRED "SPANK" LAST NAME UNKNOWN ("LNU"). The bank, later identified as the FIRST BANK AND TRUST (the "Bank"), located at 741 Main Street, Evanston, Illinois, was robbed during a weekday in early May by ████, AUSTIN and FRED "SPANK" LNU. ████ had known AUSTIN for approximately two to three months prior to the robbery, although AUSTIN had known ████ family for approximately 15 years. They met through ████ aunt, TASHA JACKSON, who was dating AUSTIN at the time. Since then, JACKSON has separated from AUSTIN and wants nothing to do with him. ████ came to Chicago from Green Bay, Wisconsin. FRED "SPANK" LNU was subsequently identified as FRED KING, who ████ and AUSTIN were arrested with on their state charges.

AUSTIN and KING initially approached WARD with the idea of robbing the Bank one day before the three robbed the Bank. They told her that they went to the Bank with FIRST NAME UNKNOWN ("FNU") MITCHELL, who is KING's girlfriend's brother, to rob the Bank on the day before they approached ████. According to AUSTIN and KING, FNU MITCHELL panicked and abandoned the plan once they had entered the Bank. AUSTIN and KING told ████ that they selected the Bank while driving around Evanston.

The plan was for AUSTIN and KING to pick up ████ at JACKSON's house, located at █████████████████, Chicago, where

---

| | | |
|---|---|---|
| Investigation on | 06/27/2008 | at Chicago, Illinois |

| | |
|---|---|
| File # 91A-CG-128901 | Date dictated 06/27/2008 |

by SA Stephen Farina
   SA Craig J. Heidenreich

GOVERNMENT EXHIBIT

1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

KCM9/Austin

090000023

FD-302a (Rev. 10-6-95)

91A-CG-128901

Continuation of FD-302 of ████████████████ ██████████████████████, On  06/27/2008  , Page    2

both ████ and AUSTIN were staying.  AUSTIN instructed ████ that her role during the robbery was to "mix it up".  KING was going to cause a distraction and ████ and AUSTIN were going to approach the teller counter.  ████ said that she needed to think about the offer during the night and would decide the next morning.  The proposal was a serious one for ████, as she had not been involved in any prior significant criminal activity.  AUSTIN and KING told ████ that they would cut her in on the proceeds of the robbery.

KING called AUSTIN around 9:00 am on the morning of the robbery to see if WARD would participate.  AUSTIN then told ████ that she should go through with the plan and made robbing the Bank sound attractive.  At this point, ████ agreed to participate in the robbery.  KING then picked AUSTIN and ████ up at the 8204 South Ada Street address in his black Monte Carlo SS around 10:00 am.  KING came from his girlfriend's house in Chicago.  AUSTIN, KING and ████ then drove straight to Evanston.

During the drive up, both AUSTIN and KING kept telling ████ how great the Bank was to rob.  They told ████ that they had both been in the Bank before and that there was no security.  ████ stated that the day of the robbery was the first time that she was in the Bank.

The three drove around the Bank a couple of times before parking KING's car on the street in front of a corner store by the Bank.  KING entered the Bank while AUSTIN and ████ waited in the car, then came back to the car and said "it's smooth" and wrote a demand note.  The demand note said something to the effect of "this is a stickup, give us the money and don't make no scene or you will get hurt".  It was written on torn white paper that ████ believed had been a piece of KING's mail.

KING then entered the Bank again to create a distraction and AUSTIN and ████ entered soon after.  AUSTIN and ████ walked up to the teller counter to hand over the demand note.  Once at the teller counter, ████ handed the victim teller the demand note that KING wrote while AUSTIN told the victim teller that this was a "stick up".  AUSTIN then pushed ████ out of the way and took control of the robbery.

The victim teller then grabbed the money and put it in a bag as instructed.  The bag, which was tan and had two green handles as well as a bank logo on it, was similar to a tote bag.  It was taken from KING's car prior to the robbery.  The victim

King/Austin            000000024

FD-302a (Rev. 10-6-95)

91A-CG-128901

Continuation of FD-302 of ███████████████ , On 06/27/2008 , Page 3

teller then handed the bag with the money in it to AUSTIN. AUSTIN and ████ then exited the Bank through the front door and saw KING still sitting at a Bank employee's desk. Soon after, KING came out of the Bank. He met AUSTIN and ████ in his car, where they were waiting for him. AUSTIN was in the front passenger seat and ████ was in the back seat. KING got into the driver's seat and said that a Bank employee had tried to lock him in the Bank. ████ advised that no weapons were used during the robbery, but KING was prepared to get involved physically if any complications arose.

The three then left Evanston in KING's car with KING driving. KING drove AUSTIN and ████ back to the 8204 South Ada Street address. On the way, AUSTIN counted the bank robbery proceeds and said they received a total of approximately $7,000. AUSTIN split the proceeds up and gave ████ approximately $500. However, later on during the day he gave ████ another $500. The two increments of approximately $500 were all of the proceeds that WARD received and she was unaware of how the remaining proceeds were split up.

AUSTIN and ████ met JACKSON at a bus stop on State Street in Chicago after KING dropped them off at the 8204 South Ada Street address. JACKSON asked AUSTIN and ████ where they got all of their money. AUSTIN told JACKSON that he came across a "lick", meaning someone gave AUSTIN a loan. They gave JACKSON some of the proceeds and went to Loomis Street in Chicago. JACKSON then went home and AUSTIN and ████ then went to the mall. AUSTIN used some of his proceeds to purchase drugs.

KING called AUSTIN the next day to tell him that he was traveling to the Wisconsin Dells. Three days after the robbery, AUSTIN was arrested on charges that ████ was not aware of. KING then called the 8204 South Ada Street address and ████ informed him of AUSTIN's arrest.

████ advised that three days after the robbery she had micro-braid extensions put in her hair: During the robbery her hair was level with her chin, blonde in the front and black in the back. She also said that she is worried that KING, who has a bad reputation, would find out that she has cooperated. AUSTIN told ████ that KING "hurts people" and that "people are scared of him". ████ advised that she only has contact with AUSTIN and KING in court. She also stated that she will no longer associate with them once this matter is resolved. If ████ is released she will return

King/Austin                    000000025

FD-302a (Rev. 10-6-95)

91A-CG-128901

Continuation of FD-302 of  ██████████████  , On  06/27/2008  , Page   4

to ████████████████, Chicago and can be reached at ████████.

       At the conclusion of the interview, ████ identified and initialed a surveillance photograph taken of one of the bank robbers during the bank robbery as being her picture. She also signed and dated a written statement summarizing her involvement in the robbery of the Bank on May 8, 2008. This surveillance photograph and the written statement are being placed in an FD-340 1A envelope along with a signed Advice of Rights form.

King/Austin          000000026