**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

STEVE AUSTIN,

        Defendant.

Case No. 2:09-cr-00414

Hon. Matthew F. Kennelly

## JOINT STATUS REPORT

Pursuant to the Court's June 10, 2024 Order, ECF No. 97, United States of America, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and Defendant Steve Austin ("Mr. Austin"), by and through his counsel, submit this Joint Status Report.

1. On November 25, 2009, Mr. Austin pled guilty in the current matter and was sentenced to 15 years imprisonment and three years of supervised release. ECF Nos. 25, 50. He has been serving his term of supervised release since April 29, 2022. ECF No. 72 at 3.

2. On March 28, 2024, Mr. Austin pled guilty to committing an aggravated robbery in violation of 720 ILCS 5/18-1(b)(1) and was sentenced to 25 years imprisonment and one year of supervised release. *People of the State of Illinois v. Steve Austin*, Cook County Circuit Court (Case No. 24CR0143901) (case docket).

3. On June 14, 2024, the Government and defense counsel conferred regarding this matter and proposed next steps.

4. The Government requests that Mr. Austin's supervised release be terminated unsatisfactorily pursuant to 18 USC § 3853(e)(1). Mr. Austin joins in this request.

5. The Probation Officer informed defense counsel on June 17, 2024 that she also

1

agrees with the unsatisfactory termination of Mr. Austin's supervised release.

6.    Accordingly, the parties respectfully request that the Court enter an order unsatisfactorily terminating Mr. Austin's supervised release and striking the June 25, 2024 status hearing currently scheduled in this matter (the "Upcoming Status Hearing"). ECF No. 97. Subject to the Court's direction and if needed, the parties can appear at the Upcoming Status Hearing.

Dated: June 18, 2024                                    Respectfully submitted,


/s/  *Kristen Totten*

Kristen Totten
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5340
kristen.totten@usdoj.gov

*Counsel for United States of America*


/s/ *Pravin B. Rao*

Pravin B. Rao
Gina Buschatzke
Perkins Coie LLP
110 North Wacker Drive, Suite 3400
Chicago, IL  60606-1511
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
PRao@perkinscoie.com
GBuschatzke@perkinscoie.com

*Counsel for Defendant Steve Austin*