# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

                    Case No.: 1:09–cr–00414
                    Honorable Matthew F. Kennelly

, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Fred King: Fred King is ordered to show cause why his supervised release should not be revoked or modified for the reasons stated in the report filed by the Probation Office on 5/28/2026. The matter is set for an in–person hearing on 6/12/2026 at 9:30 AM in Courtroom 2103. Mr. King is ordered to appear at that time. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.